FILED

NOV 14 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W08-831m |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v. | ) | [Count One: 18 U.S.C. §§ 7(3), 13 and 641 – Theft of Government Property |
| CASEY R. COX | ) | Count Two: 18 U.S.C. §§ 7(3), 13 and T.A.B.C. §106.06 – Furnishing Alcohol to a Minor] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE:
[18 U.S.C. §§7(3), 13 and 641]

On or about October 16, 2008, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

CASEY R. COX

did embezzle, steal, purloin or knowingly convert to his use money or property of the United States having a value of less than $1,000, to wit: merchandise from the Army and Air Force Exchange Service, in violation of Title 18, United States Code, Sections 7(3), 13 and 641.

COUNT TWO:
[18 U.S.C. §§ 7(3), 13 and T.A.B.C. 106.06]

On or about October 16, 2008, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

CASEY R. COX

did give or make available alcohol to a minor, in violation of Title 18, United States Code, Section 7(3) and 13 and Texas Alcohol and Beverage Code, Section 106.06

                        JOHNNY SUTTON
                        United States Attorney

By: _____
TIMOTHY J. MINTER
Special Assistant U. S. Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE:       NOVEMBER 12, 2008        MPR #: 08570-08         CASE NO.
COUNTY:     BELL
JUDGE:      JEFFREY MANSKE
S.A.U.S.A.: TIMOTHY J. MINTER

DEFENDANT:

                CASEY R. COX

OFFENSE & MAXIMUM PUNISHMENT:

Count One: 18 U.S.C. §§7(3), 13 and 641 – Theft of Government Property – 1 year confinement, 1 year TSR, $100,000 fine, $25 SA.
Count Two: 18 U.S.C. §§ 7(3) and 13 and T.A.B.C. § 106.06 – Furnishing Alcohol to a Minor – 1 year confinement, 1 year TSR, $4,000 fine, $25 SA.